No. 314, Misc. WHEATLEY *v.* IGOE, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus denied without prejudice to petitioner to apply to the United States Court of Appeals for a writ of mandamus.

No. 620, Misc. JOHNSON *v.* HANNAY, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus denied.

No. 573, Misc. FRAZIER *v.* WARDEN, LEWISBURG PENITENTIARY; and
No. 621, Misc. EX PARTE HERZ. Motions for leave to file petitions for writs of habeas corpus denied.

No. 610, Misc. HURST *v.* LOONEY, WARDEN. Motion for leave to file petition for writ of certiorari denied.

No. 66. QUINN *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *David Scribner, Frank J. Donner, Arthur Kinoy* and *Allan R. Rosenberg* for petitioner. *Robert L. Stern,* then Acting Solicitor General, *Assistant Attorney General Olney, Beatrice Rosenberg* and *Carl H. Imlay* for the United States.

No. 577. UNITED STATES *v.* CALDERON. C. A. 9th Cir. Certiorari granted. *Robert L. Stern,* then Acting Solicitor General, for the United States. *Joseph W. Burns* for respondent.

No. 650. HOLLAND ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari granted. *Peyton Ford* and *Sumner M. Redstone* for petitioners. *Solicitor General Soboloff,*

*Assistant Attorney General Holland, Ellis N. Slack, David L. Luce* and *Joseph M. Howard* for the United States.

No. 691. Cox ET AL., ADMINISTRATORS, ET AL. *v.* ROTH, ADMINISTRATOR. C. A. 5th Cir. Certiorari granted. *Douglas D. Batchelor* and *David W. Dyer* for petitioners. *Jacob Rassner* for respondent.

No. 696. TEE-HIT-TON INDIANS *v.* UNITED STATES. Court of Claims. Certiorari granted. *James Craig Peacock, Martin W. Meyer, William L. Paul, Jr., John E. Skilling* and *John H. Myers* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Morton, Roger P. Marquis* and *John C. Harrington* for the United States.

No. 697. CASTLE, ATTORNEY GENERAL, ET AL. *v.* HAYES FREIGHT LINES, INC. Supreme Court of Illinois. Certiorari granted. *Latham Castle,* Attorney General of Illinois, *John L. Davidson, Jr.,* First Assistant Attorney General, *Mark O. Roberts,* Special Assistant Attorney General, and *William C. Wines* and *Lee D. Martin,* Assistant Attorneys General, for petitioners.

No. 710. FEDERAL POWER COMMISSION *v.* COLORADO INTERSTATE GAS Co. C. A. 10th Cir. Certiorari granted. *Solicitor General Sobeloff* and *Willard W. Gatchell* for petitioner. *James Lawrence White, William A. Dougherty, John P. Akolt, Sr., John R. Turnquist, Charles E. McGee* and *Lewis M. Poe* for respondent.